B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Laurel Meadow, L.L.C. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>201 Juniper Circle<br>Streamwood, Illinois                ZIP CODE 60107 | Street Address of Joint Debtor (No. and Street, City, and State):                ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>USA | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                               Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.              business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

B 1 (Official Form 1) (1/08) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Laurel Meadow, L.L.C. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: Northern District of Illinois | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Laurel Meadow, L.L.C. |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X /s/ Forrest B. Lammiman
Signature of Attorney for Debtor(s)
Forrest B. Lammiman
Printed Name of Attorney for Debtor(s)
Meltzer, Purtill & Stelle LLC
Firm Name
300 South Wacker Drive, Suite 3500
Address    Chicago, Illinois 60606

(312) 987-9900
Telephone Number
5/12/2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
John P. Carroll
Printed Name of Authorized Individual
President & CEO, The Kirk Corp., Member
Title of Authorized Individual
5/12/2009
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### __Northern__ District Of __Illinois__

In re __Laurel Meadow, L.L.C.__ ,
     Debtor

Case No. _____

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| See Attached List | | | | |

Date: __5/12/2009__        _[signature]_

President, The Kirk Corporation, Manager

*[Declaration as in Form 2]*

Case 09-17256   Doc 1   Filed 05/12/09   Entered 05/12/09 17:49:41   Desc Main
Document      Page 5 of 9

## Consolidated List of Creditors Holding 30 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Donald L. Kirk<br>1024 Hibbard Road Wilmette, IL 60091 | Donald Kirk<br>1024 Hibbard Road<br>Wilmette, IL 60091<br>847-256-0424 | Subordinated Debt | | $ 5,702,856.00 |
| Donald Kirk Investment Company, LLP<br>5336 N Glenwood Road,<br>Chicago, IL 60640 | David Kirk<br>5336 N Glenwood Road<br>Chicago, IL 60640<br>773-784-1985 | Subordinated Debt | | $ 2,297,144.00 |
| Cole Taylor as Agent to ESOP Noteholders<br>225 W. Washington St. 9th Floor, Chicago, IL 60606 | Carrie Reyes<br>Cole Taylor<br>225 W. Washington St. 9th Floor, Chicago, IL 60606<br>312-960-5372 | Trust Obligation (ESOP) | | $ 1,788,887.00 |
| Lenny Szarek Inc.<br>4014 Pioneer Road<br>McHenry, IL 60050 | Dan Feste<br>Lenny Szarek Inc.<br>4014 Pioneer Road<br>McHenry, IL 60050<br>815-363-2635 | Trade debt | | $ 596,042.00 |
| Coleman Floor Company<br>1930 N. Thoreau Dr.<br>STE 100<br>Schaumburg, IL 60173 | Vince Salemi<br>Coleman Floor Company<br>1930 N. Thoreau Dr. #100<br>Schaumburg, IL 60173<br>847-222-4757 | Trade debt | | $ 328,438.00 |
| Service Drywall & Decorating<br>47 West Irving Park Road<br>Roselle, IL 60172 | Justin Avey<br>Service Drywall & Decorating<br>47 West Irving Park Road<br>Roselle, IL 60172<br>630-351-3838 | Trade debt | | $ 311,340.00 |
| Professional Plumbing, Inc.<br>1435 S. Barrington Road<br>Barrington, IL 60010 | Larry Noor<br>Professional Plumbing, Inc.<br>1435 S. Barrington Road<br>Barrington, IL 60010<br>847-382-7100 | Trade debt | | $ 251,225.00 |
| SCE Unlimited, Inc.<br>195 Exchange Blvd<br>Glendale Heights, IL 60139 | Jack Hamilton<br>SCE Unlimited, Inc.<br>195 Exchange Blvd.<br>Glendale Heights, IL 60139<br>630-480-9100 | Trade debt | | $ 193,552.00 |
| R & D Thiel Inc<br>2340 Newburg Road<br>Belvidere, IL 61008 | John Neumuller<br>R & D Thiel Inc<br>2340 Newburg Road<br>Belvidere, IL 61008<br>708-906-8090 | Trade debt | | $ 166,633.00 |

| Creditor | Contact | Nature | | Amount |
|---|---|---|---|---|
| Blanchard Electrical Contractors, Inc<br>920 W. Prairie Drive Suite I<br>Sycamore, IL 60178 | Mike Blanchard<br>Blanchard Electrical Contractors<br>920 W. Prairie Drive Suite I<br>Sycamore, IL 60178<br>815-895-2604 | Trade debt | | $ 154,231.00 |
| Stock Building Supply<br>1331 Davis Road<br>Elgin, IL 60123 | Sally Gange<br>Stock Building Supply<br>1331 Davis Road<br>Elgin, IL 60123<br>847-742-2000 | Trade debt | | $ 143,904.00 |
| Ghezzi Masonry Construction<br>P.O. Box 5152<br>Lansing, IL 60438 | Max Ghezzi<br>Ghezzi Masonry Construction<br>P.O. Box 5152<br>Lansing, IL 60438<br>708-418-0528 | Trade debt | | $ 124,863.00 |
| Tempco Heating & Air Conditioning Company<br>3050 N. Kennicott<br>Arlington Heights, IL 60004 | Gary Doles<br>Tempco Heating & Air Conditioning Company<br>3050 N. Kennicott<br>Arlington Heights, IL 60004<br>847-670-7000 | Trade debt | | $ 120,587.00 |
| Alright Concrete<br>1500 Ramblewood Drive<br>Streamwood, IL 60107 | Mike Reagen<br>Alright Concrete<br>1500 Ramblewood Drive<br>Streamwood, IL 60107<br>630-213-8100 | Trade debt | | $ 109,811.00 |
| Art Nissen & Son Landscaping, Inc.<br>P.O. Box 459<br>Hampshire, IL 60140 | Glen Nissen<br>Art Nissen & Son Landscaping, Inc.<br>P.O. Box 459<br>Hampshire, IL 60140<br>847-683-2200 | Trade debt | | $ 81,630.00 |
| Patriot Concrete & Asphalt<br>10S312 Schoger Dr,<br>Naperville, IL 60564 | Larry Boesso<br>Patriot Concrete & Asphalt<br>10S312 Schoger Dr<br>Naperville, IL 60564<br>630-898-7400 | Trade debt | | $ 78,551.00 |
| CCR Tops Inc.<br>2482 Technology Drive<br>Elgin, IL 60123 | Dave Solari<br>CCR Tops Inc.<br>2482 Technology Drive<br>Elgin, IL 60123<br>847-844-8889 | Trade debt | | $ 67,994.00 |
| Northwest Insulation<br>1615 Dundee Ave, Suite 1,<br>Elgin, IL 60120 | Bob Shearer<br>Northwest Insulation<br>1615 Dundee Ave, Suite 1<br>Elgin, IL 60120<br>847-695-9999 | Trade debt | | $ 67,708.00 |

{05919: 209: 00439068.DOC : }

| | | | | |
|---|---|---|---|---|
| Inland Electric Corp.<br>611 W Jefferson<br>Shorewood, IL 60431 | Tom Koss<br>Inland Electric Corp.<br>611 W Jefferson<br>Shorewood, IL 60431<br>815-725-0677 | Trade debt | | $ 60,669.00 |
| Jim Link Services, Inc.<br>540 Capital Drive, Lake Zurich, IL 60047 | Jim Link<br>847-515-3062<br>431 Scotland Road, Suite B, Lakemoor, IL 60051 | Trade debt | | $ 53,004.00 |
| J B Concrete Contractors. Inc.<br>10S312 Schoger Dr<br>Unit B<br>Naperville, IL 60564 | Larry Boesso<br>J B Concrete Contractors Inc.<br>10S312 Schoger Dr Unit B<br>Naperville, IL 60564<br>630-898-7400 | Trade debt | | $ 52,526.00 |
| Mackie Consultants<br>9575 W. Higgins Road<br>Suite 500<br>Rosemont, IL 60018 | Marty Burke<br>Mackie Consultants<br>9575 W. Higgins Road #500<br>Rosemont, IL 60018<br>847-696-1400 | Trade debt | | $ 48,892.00 |
| Harry Wolsky, Inc. of IL<br>547 Motherwell Ave<br>Logan, OH, 43138 | Doug Holcomb<br>Harry Wolsky, Inc. of IL<br>547 Motherwell Ave<br>Logan, OH, 43138<br>800-382-6861 | Trade debt | | $ 48,067.00 |
| Tim Cote Inc.<br>1075 Manito Trail<br>Algonquin, IL 60102 | Tim Cote<br>Tim Cote Inc.<br>1075 Manito Trail<br>Algonquin, IL 60102<br>847-428-9050 | Trade debt | | $ 45,238.00 |
| Professional Drywall & Decorating LLC<br>4211 Wildwood Drive, Crystal Lake, IL 60014 | Frank Zubricki<br>3135 W. 59th Street<br>Chicago, IL 60629<br>847-417-2855 | Trade debt | | $ 44,350.00 |
| T. Manning Concrete, Inc.<br>11481 Allison Court<br>Huntley, IL 60142 | Tom Manning<br>11410 Kreutzer Road<br>Huntley, IL 60142<br>847-669-5750 | Trade debt | | $ 41,905.00 |
| Wilkor Construction Inc.<br>P.O. Box 246<br>South Elgin, IL 60177 | Mark Wilson<br>700 D Willow Lane<br>Dundee, IL 60118<br>847-836-2200 | Trade debt | | $ 39,055.00 |
| Whirlpool<br>412 N. Peters Rd<br>Knoxville, TN 37922 | Jordan Harris<br>1904 Country Drive<br>Grayslake, IL 60030<br>815-230-3781 | Trade debt | | $ 38,692.00 |

{05919: 209: 00439068.DOC : }

| | | | | |
|---|---|---|---|---|
| Ryan Incorporated Central<br>P.O. Box 206<br>Janesville, IL 53547 | Larry Hill<br>Ryan Incorporated Central<br>P.O. Box 206<br>Janesville, IL 53547<br>608-754-2291 | Trade debt | | $ 34,969.00 |
| Sund Masonry<br>116 Birch Lane<br>Cary, IL 60013 | Earl Sund<br>Sund Masonry<br>116 Birch Lane<br>Cary, IL 60013<br>847-639-7948 | Trade debt | | $ 33,857.00 |

{05919: 209: 00439068.DOC : }

Form B2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, authorized agent of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date        5/12/09

Signature _____

John P. Carroll, President of The Kirk Corporation, Member
(Print Name and Title)